UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

**NOTICE OF APPEARANCE**

In Re:

OLEG FRANK

                Debtor.

_____

Case No.: 11-45212-jf
(Chapter 7)

Assigned to:
Hon. JEROME FELLER
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of WELLS FARGO BANK, NA in the within proceeding.

     Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    July 5, 2011
             Amherst, New York

                                Yours, etc.
                                STEVEN J. BAUM, P.C.
                                Attorneys for WELLS FARGO BANK, NA

By: _____
     Ehret A. Van Horn, Esq.
     Office and Post Address:
     220 Northpointe Parkway, Suite G
     Amherst, NY 14228
     Telephone 716-204-2400

TO:

    CLERK, UNITED STATES BANKRUPTCY COURT
    EASTERN DISTRICT OF NEW YORK
    271 Cadman Plaza East
    Brooklyn, NY 11201

    DAVID S WALTZER, ESQ.      Attorney for Debtor
    Law Offices of David S. Waltzer, PC
    65 South Broadway, Top Floor
    Tarrytown, NY 10591

    ROBERT J. MUSSO, ESQ.      Chapter 7 Trustee
    26 Court Street, Suite 2211
    Brooklyn, NY 11242